THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN R. SHIELDS, Defendant-Appellant.

(No. 72-95;

Second District—September 12, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

Frank Wesolowski, Jr., Public Defender, of Wheaton, (Robert H. Heise, Deputy Public Defender, of counsel,) for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.